IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK NASATIR and SETH NASATIR ) | |
| ) | |
| v. ) | NO. 3:20-1047 |
| ) | Crenshaw/Holmes |
| PEGGY D. MATHES ) | |

**O R D E R**

Given the current responses to the outbreak of the coronavirus known as COVID-19, including the Court's Administrative Order No. 209 amended on January 12, 2021, the initial case management conference in this case, scheduled for **10:30 a.m. on February 16, 2021**, will be held telephonically**.** Counsel should use the following dial-in information[1] to participate in the telephonic initial case management conference:

Dial-in number: 877-402-9753
Access Code: 3808663#

Counsel are reminded of the requirement to file a joint proposed initial case management order at least three (3) business days prior to the initial case management conference (with a copy emailed to Ms. Jeanne Cox, Courtroom Deputy [Jeanne_W_Cox@tnmd.uscourts.gov]). If the parties are unable to file a joint proposed initial case management order by this date, including if Plaintiff has not effected service on all defendants, a motion to continue must be filed requesting a continuance of the initial case management conference. Plaintiff's counsel shall ensure that all Defendants are served with a copy of this Order or are otherwise advised of the changes.

---

[1] Participants may hear music until the undersigned Magistrate Judge joins the call as host. If the participants experience any technical difficulties, they should contact chambers at 615-736-5164 for further instructions.

The undersigned Magistrate Judge recognizes this is a departure from the usual procedure of attorneys appearing in person for initial case management conference, which will resume as appropriate once there is no longer a need for the current safeguards.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge