**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MARK NASATIR and** | ) | |
| **SETH NASATIR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:20-cv-01047** |
| | ) | **JUDGE CRENSHAW** |
| **PEGGY MATHES,** | ) | **Magistrate Judge Barbara D. Holmes** |
| | ) | |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Comes now Defendant Peggy Mathes and pursuant to United States District Court Middle District of Tennessee' Local Rule 16.01(d) moves the Court to continue the initial case management conference which is currently set for February 16, 2021 at 10:30 a.m.

Lead defense counsel's immediate family suffered a serious medical emergency, which will require counsel to be unavailable for an extended period of time. Additionally, co-counsel Kobina P. Ankumah is leaving the firm of Ortale Kelley and has filed a notice of withdrawal as of today's date and will be unable to participate in the initial case management conference. Defense counsel has conferred with Plaintiff's counsel and he has no objection to this continuation.

Wherefore, Defendant Mathes moves the Court to continue the initial case management conference which is currently set for February 16, 2021 at 10:30 a.m.

Respectfully submitted,

**ORTALE KELLEY LAW FIRM**

/s/ Kobina Ankumah
Kobina Ankumah (#34124)
Tom Corts (#3486)
Attorneys for Defendant
330 Commerce Street, Suite 110
P.O. Box 198985
Nashville, TN 37219-8985
Telephone:    615-256-9999
Facsimile:    615-726-1494
E-Mail:        tcorts@ortalekelley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 8, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Eugene N. Bulso, Jr., Esq.
Bulso, PLC
155 Franklin Road, Suite 400
P.O. Box 861
Brentwood, TN 37027

/s/ Kobina Ankumah
Kobina Ankumah