IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARK NASATIR and SETH NASATIR )
)
v. ) NO. 3:20-1047
) Crenshaw/Holmes
PEGGY D. MATHES )

**O R D E R**

Pending is an unopposed motion to continue the February 16, 2021, initial case management conference filed on February 8, 2021 (Docket Entry No. 14). The motion is GRANTED. The initial case management conference is RESCHEDULED from February 16, 2021, to **2:00 p.m, Tuesday, April 13, 2021**, to be held by telephone conference. *See* Docket Entry No. 11. The stay of discovery remains in place, subject to any party filing a motion requesting that the stay be lifted. Prior to the initial case management conference, counsel for the parties must confer and file a joint proposed initial case management order. Counsel are directed to prior Notices and Orders of the Court for information regarding filing their proposed initial case management order and emailing a copy to my courtroom deputy, Ms. Cox.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge