IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MARK NASATIR and SETH NASATIR ) | |
| ) | Case No. 3:20-cv-1047 |
| v. ) | Chief Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| PEGGY D. MATHES ) | |

**O R D E R**

Pending before the Court is Plaintiffs' motion for contempt, which seeks relief in connection with a third-party subpoena duces tecum issued to and served upon Baldini Auction Company, LLC ("Baldini Auction"). (Docket No. 19.) On April 7, 2021, Plaintiffs filed a notice (Docket No. 21) with an accompanying declaration of Patti Baldini-Martin, as managing member on behalf of Baldini Auction, which states that Baldini Auction agrees to resolve the motion for contempt by production of the subpoenaed information and materials by April 22, 2021 with no documents withheld from production pursuant to Baldini Auction's assertion of any objection. (Docket No. 21-1.) Accordingly, Plaintiffs' motion (Docket No. 19) is GRANTED IN PART as follows:

1. By no later than **April 22, 2021**, Baldini Auction shall produce all documents in its possession, custody, or control that are responsive to the requests listed in the subpoena duces tecum issued by Plaintiffs on or about March 3, 2021 and served on Baldini Auction (a copy of which is attached as Exhibit A to Plaintiffs' motion at Docket No. 19-1). All documents shall be produced to Plaintiffs' counsel via email in a reasonably accessible digital format or at the offices of Plaintiffs' counsel, which is Bulso, PLLC, 155 Franklin Road, Suite 400, Brentwood, Tennessee, 37027.

2. Any objections to the requests listed in the subpoena duces tecum have been waived pursuant to Rule 45(d)(2)(B) and the express statements of Patti Baldini-Martin on behalf of Baldini Auction.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge