IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARK NASATIR, et al ) | |
| ) | |
| v. ) | Case No. 3:20-1047 |
| ) | Crenshaw/Holmes |
| PEGGY D. MATHES ) | |

**O R D E R**

A subsequent case management conference is scheduled in this case for September 23, 2021. Due to unforeseen circumstances, the subsequent case management conference is RESCHEDULED for **1:00 p.m., Wednesday, November 17, 2021**. By no later than seven (7) days in advance of the subsequent case management conference, the parties must file a joint status report, which contains at least the following information: (i) details of the parties' progress toward completion of fact discovery, including the status of written discovery, whether depositions have been scheduled, and whether there are any known or anticipated discovery disputes; (ii) details of the parties' attempts at resolution of the case, including whether the parties have engaged in settlement discussions and whether ADR is requested or anticipated; (iii) whether there are any known or anticipated matters that require or may require action by the Court, including a brief description of any such matters; and, (iv) any other case management details or issues that the parties wish to bring to the Court's attention. Counsel are equally responsible for initiating discussion of these matters for preparation of the joint status report.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge