IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARK NASATIR and SETH NASATIR )
)
v. ) NO. 3:20-1047
) Crenshaw/Holmes
PEGGY D. MATHES )

**O R D E R**

A status/case management conference was held on November 17, 2021. Counsel participating were: Gino Bulso for Plaintiffs and Austin Warehime for Defendant. Counsel reported that (1) all fact discovery has been completed, without any issues, (2) the parties do not anticipate using any experts, and (3) Defendant anticipates filing a motion for summary judgment if this case is not settled in mediation. Counsel also reported that the parties have agreed to mediation and are tentatively scheduled for mediation with Mary Beth Hagan in January 2022 as their second required attempt at mediation, for which they will file a report of mediation by no later than the January 31, 2022 deadline. Based on the parties' joint statement (Docket No. 30) and discussion during the status/case management conference, the case management schedule and plan are modified as follows:

1. As agreed, the parties are directed to participate in mediation, which must be concluded and a report of mediation filed in accordance with Local Rule 16.05(b) by no later than January 31, 2022. If the parties' current selection of Mary Beth Hagan as mediator changes, they must promptly file a notice updating the Court of their selection of a new mediator and the date on which mediation is scheduled. All other case resolution plan provisions remain unchanged.

2. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge